UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
KENNETH L. GRAVELL                                          :        CHAPTER 13
LYNNE D. GRAVELL
fka LYNNE D. LAFORTUNE
    DEBTORS                                              :        CASE NO. 12-20485
BANK OF AMERICA, N.A.
    MOVANT
VS.
KENNETH L. GRAVELL
LYNNE D. GRAVELL fka LYNNE D. LAFORTUNE
    DEBTORS
MOLLY T. WHITON, TRUSTEE
    RESPONDENTS                                          :        AUGUST 13, 2015

MOTION TO PERMIT LOAN MODIFICATION

Bank of America, N.A., acting through its attorney, hereby moves the Court for an order permitting Kenneth L. Gravell and Lynne D. Gravell fka Lynne D. LaFortune to modify the terms of the existing debt with Bank of America, N.A. and reimburse the incurred expense of the attorney fees of Bank of America, N.A.

In support thereof, the Movant submits the following:

The Movant or its servicing agent has agreed to add the delinquent payments to the Debtors' principal balance, lower the interest rate, and extend the maturity date. The Loan Modification Agreement is attached hereto as Exhibit A.

WHEREFORE, the Movant hereby moves for an order authorizing it to modify the terms of the existing mortgage debt with Debtors regarding property known as 6 George St., Putnam, Connecticut 06260.

THE MOVANT

By: _____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
Federal Bar No. CT 22287

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.
HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

## CERTIFICATION

I hereby certify that a copy of the foregoing was served via postage prepaid, first-class mail and/or via ECF e-mail this 13th day of August, 2015 to the following parties:

Kenneth L. Gravell
Lynne D. Gravell
6 George Street
Putnam, CT 06260
(Debtors)

Matthew S. Rousseau
Rousseau & Marino, PC
49 Main Street
Sturbridge, MA 01566
(Debtors' Attorney)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

_____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, PC
50 Weston Street
Hartford, CT 06120
(860) 808-0606
Fed ID No. CT 22287

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### Hartford Division

| | | |
|---|---|---|
| IN RE: | | |
| KENNETH L. GRAVELL | : | CHAPTER 13 |
| LYNNE D. GRAVELL | | |
| fka LYNNE D. LAFORTUNE | | |
|     DEBTORS | : | CASE NO. 12-20485 |
| | | |
| BANK OF AMERICA, N.A. | | |
|     MOVANT | | |
| VS. | | |
| KENNETH L. GRAVELL | | |
| LYNNE D. GRAVELL fka LYNNE D. LAFORTUNE | | |
|     DEBTORS | | |
| MOLLY T. WHITON, TRUSTEE | | |
|     RESPONDENTS | | |

## PROPOSED ORDER GRANTING AUTHORIZATION TO MODIFY MORTGAGE

The Movant, having filed a Motion seeking authority of this Court to Modify its Mortgage with Bank of America, N.A. for the purpose of reinstating the mortgage obligation, and after notice and a hearing thereon;

IT IS HEREBY ORDERED that the Movant and Creditor are permitted to enter into a Mortgage Modification Agreement as to the Mortgage secured by debtors' residence known as 6 George St., Putnam, Connecticut 06260.